

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS

### FORT WORTH

### NO. 02-11-00309-CR

MARLOWE ANTOHETTA WILLIS                                    APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain, Appellant Marlowe Antohetta Willis pled guilty to the state jail felony of debit card abuse, and the trial court convicted Appellant of that offense and sentenced Appellant to six months' confinement. Appellant filed a timely notice of appeal.

The trial court's certification states that this is a plea-bargained case and that Appellant has no right of appeal. Accordingly, we informed Appellant by

---

[1]See Tex. R. App. P. 47.4.

letter on July 26, 2011, that this case was subject to dismissal unless Appellant or any party showed grounds for continuing the appeal on or before Friday, August 5, 2011.[2]  Appellant responded not with any grounds for continuing the appeal but instead with a pro se motion to dismiss the appeal and to send a mandate to the trial court, a request that we liberally construe as a request to accelerate the mandate.  This court is of the opinion that the request to accelerate the mandate should be granted.[3]

Accordingly, we dismiss this appeal[4] and grant the motion to accelerate the mandate.  The mandate shall issue immediately.


PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  September 15, 2011

---

[2]*See* Tex. R. App. P. 25.2(a)(2), (d).

[3]*See* Tex. R. App. P. 18.1(c).

[4]*See* Tex. R. App. P. 25.2(d), 43.2(f).